AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Commonwealth of Pennsylvania, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01468 |
| DeVos, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of New Jersey.

Date: 06/06/2020

/s/ Marie Soueid
*Attorney's signature*

Marie Soueid (136472014)
*Printed name and bar number*

25 Market Street
P.O. Box 112
Trenton, N.J. 08625

*Address*

marie.soueid@law.njoag.gov
*E-mail address*

(609) 376-2564
*Telephone number*

*FAX number*