UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*; UNITED STATES DEPARTMENT OF EDUCATION; and UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Defendants. | **Civil Action No. 20-cv-01468-CJN** |

## DECLARATION OF SERVICE

I hereby declare that, in accordance with Federal Rule of Civil Procedure 4, Local Rule 5.3, and this Court's June 8, 2020, Order (ECF No. 4), I caused a copy of the Complaint and Summonses in this action to be served on Defendants Secretary Elisabeth D. DeVos, the United States Department of Education, and the United States of America, on June 8, 2020, by certified mail to the following addresses:

   Secretary Elisabeth D. DeVos
   United States Department of Education
   400 Maryland Avenue, S.W.
   Washington, D.C. 20202

United States Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael R. Sherwin
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 19, 2020               */s/ Aimee D. Thomson*
                                   AIMEE D. THOMSON
                                   (D.C. Bar No. 1045758)
                                   Deputy Attorney General
                                   Office of Attorney General
                                   1600 Arch Street, Suite 300
                                   Philadelphia, PA 19103
                                   (267) 374-2787
                                   athomson@attorneygeneral.gov