UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*; UNITED STATES DEPARTMENT OF EDUCATION; and UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　　Defendants. | Civil Action No. <u>20-cv-01468-CJN</u> |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR 5 U.S.C. § 705 STAY PENDING JUDICIAL REVIEW**

Pursuant to Local Rule 65.1, Plaintiffs the Commonwealth of Pennsylvania, the State of New Jersey, the State of California, the State of Colorado, the State of Delaware, the District of Columbia, the State of Illinois, the Commonwealth of Massachusetts, the State of Michigan, the State of Minnesota, the State of New Mexico, the State of North Carolina, the State of Oregon, the State of Rhode Island, the State of Vermont, the Commonwealth of Virginia, the State of Washington, and the State of Wisconsin (collectively, "Plaintiffs"), bring this motion for preliminary relief pursuant to Federal Rule of Civil Procedure 65, or for an order pursuant to 5

U.S.C. § 705, postponing the effective date, enforcement, and implementation of the final agency action entitled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 85 Fed. Reg. 30,026 (May 19, 2020) (to be codified at 34 C.F.R. Part 106) ("Rule"), by Secretary Elisabeth D. DeVos, the United States Department of Education, and the United States. As demonstrated in the accompanying Memorandum of Points and Authorities, Plaintiffs are entitled to relief because the Rule violates the Administrative Procedure Act and will cause irreparable harm, and because the equities and public interest weigh in Plaintiffs' favor.

This motion is accompanied by a Memorandum of Points and Authorities, an Appendix containing declarations and materials from the administrative record, and a proposed Order.

Plaintiffs do not move for an injunction or stay on all of their claims, and reserve the right to challenge other provisions of the Rule at summary judgment.

Pursuant to Local Rule 65.1(d), the Plaintiffs respectfully request an expedited hearing on the motion. The Rule is scheduled to go into effect on August 14, 2020. In the absence of injunctive relief or a stay of the effective date, Plaintiffs and educational institutions in their States will suffer direct, immediate, and irreparable harm to come into compliance with the Rule in less than three months from its publication, at a time when schools are generally not in session, when key stakeholders are not available, and during a national emergency caused by the global coronavirus (COVID-19) pandemic.

Pursuant to Local Rule 7(m), counsel for Plaintiffs consulted with counsel for Defendants in advance of filing this motion. Plaintiffs sought Defendants' consent for a stay of the effective date of the Rule pending judicial review. Defendants informed Plaintiffs on June 22, 2020, that they would not consent to a stay. As a result, this motion is opposed.

Dated: June 23, 2020                                          Respectfully submitted,

| | |
|---|---|
| **GURBIR S. GREWAL** <br> *Attorney General* <br> *State of New Jersey* <br> MAYUR P. SAXENA <br> Assistant Attorney General | **JOSH SHAPIRO** <br> *Attorney General* <br> *Commonwealth of Pennsylvania* <br> MICHAEL J. FISCHER <br> Chief Deputy Attorney General |
| */s/ Marie Soueid* <br> MARIE SOUEID <br> ESTELLE BRONSTEIN <br> EMILY WANGER <br> Deputy Attorneys General <br> New Jersey Attorney General's Office <br> Richard J. Hughes Justice Complex <br> 25 Market Street <br> Trenton, NJ 08625 <br> (609) 775-5846 <br> Marie.Soueid@law.njoag.gov <br> *Attorneys for Plaintiff State of New Jersey* | */s/ Aimee D. Thomson* <br> AIMEE D. THOMSON (D.C. Bar No. 1045758) <br> RYAN B. SMITH <br> JACOB B. BOYER <br> Deputy Attorneys General <br> Office of Attorney General <br> 1600 Arch Street <br> Suite 300 <br> Philadelphia, PA 19103 <br> (267) 374-2787 <br> athomson@attorneygeneral.gov <br> *Attorneys for Plaintiff Commonwealth of Pennsylvania* |

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov
Attorneys for Plaintiff State of California