# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ELISABETH D. DEVOS, in her official capacity as Secretary of Education** *et al.*, <br><br> **Defendants.** | Civil Action No. 1:20-cv-01468-CJN |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants, without waiving objections to service, venue, or jurisdiction, enter their appearance by and through the attorney of record listed below:

DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
Facsimile: (202) 616-8460
E-mail: Daniel.Riess@usdoj.gov

You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving the undersigned attorney at the address stated above.

Dated:  June 24, 2020                             Respectfully submitted,

                                                                    JOSEPH H. HUNT
                                                                    Assistant Attorney General

                                                                    CARLOTTA P. WELLS
                                                                    Assistant Branch Director

/s/ Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*
