**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.* | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-1468-CJN |
| ELISABETH DEVOS, in her official capacity as SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, *et al.* | ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF**
**IN SUPPORT OF PLAINTIFFS**

Upon consideration of the Consent Motion of the American Council on Education and 24

Other Higher Education Organizations for Leave to File *Amicus Curiae* Brief in Support of

Plaintiffs' Motion for Preliminary Injunction and the brief attached thereto, it is hereby:

**ORDERED** that that the motion is **GRANTED** and that the brief attached to the motion

be filed.


Dated: _____          _____
                                   Honorable Carl J. Nichols
                                   United States District Court Judge