IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Elisabeth D. DEVOS, in her official capacity as Secretary of the United States Department of Education, et al., <br><br> *Defendants*, <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, INDEPENDENT WOMEN'S LAW CENTER, and SPEECH FIRST, INC., <br> [*Proposed*] *Intervenor-Defendants*. | No. 1:20-cv-1468-CJN |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

After considering the motion to intervene and supporting statement filed by Proposed Intervenor-Defendants, the Foundation for Individual Rights in Education, the Independent Women's Law Center, and Speech First, Inc., the Court **GRANTS** the motion. For the reasons in their motion and statement, Movants satisfy the requirements for intervention as of right under Rule 24(a)(2) and permissive intervention under Rule 24(b). The Court thus grants them leave to intervene, with all the rights of ordinary defendants.

It is **ORDERED** that the caption in this case is amended to reflect the same.

It is **FURTHER ORDERED** that Movants' proposed answer attached to their motion to intervene is hereby accepted as filed.

**SO ORDERED**.

Date: _____        _____
Hon. Carl J. Nichols
U.S. District Judge,
U.S. District Court for the District of Columbia