**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMONWEALTH OF PENNSYLVANIA,
et al.,

                                *Plaintiffs*,

v.

Elisabeth D. DEVOS, in her official capacity
as Secretary of the United States Department
of Education, et al.,

                              *Defendants*,

FOUNDATION FOR INDIVIDUAL RIGHTS
IN EDUCATION, INDEPENDENT
WOMEN'S LAW CENTER, and SPEECH
FIRST, INC.,
        [*Proposed*] *Intervenor-Defendants*.

No. 1:20-cv-1468-CJN

**MOTION TO EXPEDITE BRIEFING AND DECISION ON MOTION TO INTERVENE**

Proposed Intervenors, the Foundation for Individual Rights in Education (FIRE), the Independent Women's Law Center, and Speech First, Inc., respectfully request that the Court expedite briefing and resolution of their motion to intervene. Defendants take no position on this motion. Plaintiffs are waiting for the Court to set a briefing schedule on their preliminary-injunction motion before taking a position on this motion.

Just before midnight on June 23, while Proposed Intervenors were finalizing their intervention papers, Plaintiffs filed a motion for a preliminary injunction, asking the Court to delay the Final Rule's August 14 effective date. The Court directed the existing parties to negotiate and submit a proposed briefing schedule by June 29. Expedited treatment of the intervention motion is appropriate so that, if that motion is granted, Proposed Intervenors can submit a response to the preliminary injunction motion on the same schedule as the Department of Education. As detailed in the intervention motion, Proposed Intervenors seek to make important constitutional arguments that the Department of Education will not advance. Those constitutional arguments are directly

relevant to Plaintiffs' likelihood of success on the merits, the balance of hardships, and the public interest—factors the Court must consider when ruling on the preliminary injunction motion. Proposed Intervenors also have a concrete interest in whether the preliminary injunction motion is granted, for this Court's ruling will affect whether their student members enjoy important constitutional safeguards at the start of the upcoming academic year.

In the usual course, responses to the motion to intervene would be due in two weeks—on July 9, 2020. Proposed Intervenors request that the Court direct the parties to file any responses by July 1 with Proposed Intervenors' reply due on July 3.

Dated: June 26, 2020

Respectfully submitted,

 /s/  Charles J. Cooper

 /s/ William S. Consovoy

Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice forthcoming)
Nicole J. Moss (D.C. Bar #472424)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Alexa R. Baltes (pro hac vice forthcoming)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com
lexi@consovoymccarthy.com

*Counsel for Foundation for
Individual Rights in Education*

*Counsel for Speech First, Inc. and
Independent Women's Law Center*