IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ELISABETH D. DEVOS, in her official capacity as Secretary of Education *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:20-cv-01468-CJN

### DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

Regarding movant-intervenors' motion to intervene as defendants [ECF No. 27], Defendants take no position with respect to intervention as of right, and consent with respect to permissive intervention.

Dated:  July 1, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

  /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*