IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>ELISABETH DEVOS, in her official capacity as SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, *et al.* <br><br>*Defendants*. | Civil Action No. 1:20-cv-1468-CJN |

## AFFIDAVIT OF PAIGE DUGGINS-CLAY

STATE OF TEXAS        )
                      ) ss:
COUNTY OF TRAVIS      )

PAIGE DUGGINS-CLAY, being duly sworn, deposes and says:

1. My full name is Paige Duggins-Clay.

2. I practice with the firm of Husch Blackwell, LLP whose office address is 111 Congress Avenue, Suite 1400, Austin, TX 78701. My telephone number is (512) 479-1156.

3. I am currently employed as an attorney at Husch Blackwell LLP in Austin, TX. I submit this Affidavit in support of AASA, The Superintendents' Association, and the Council of The Great City Schools as Amicus Curiae's motion for my admission *pro hac vice* to represent amicus curiae in this matter, pursuant to LCvR 83.2(d) of the United States District Court for the District of Columbia.

4. I am a member in good standing of the bar of the State of Texas.

5. I certify that I have not been disciplined by any bar of which I am a member, and/or any bar.

6. I have never been admitted before this Court *pro hac vice*.

7. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8. It is respectfully requested that I be admitted *pro hac vice* to represent amicus curiae in this matter.

_____
Paige Duggins-Clay

STATE OF TEXAS          §
                        §
COUNTY OF TRAVIS        §

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 8th day of July, 2020. This notarial act was an online notarization.



_____
Notary Public

My commission expires: March 28, 2023