IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-01468-CJN |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Jennifer B. Dickey, Deputy Associate Attorney General, on behalf of Defendants Elisabeth DeVos, the United States Department of Education, and the United States of America. Jennifer B. Dickey is admitted or otherwise authorized to practice in this court.

Dated: July 17, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

　/s/　Jennifer B. Dickey
JENNIFER B. DICKEY (D.C. Bar No. 1017247)
Deputy Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 514-0124
Facsimile: (202) 514-0238
E-mail: Jennifer.B.Dickey@usdoj.gov