IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**ELISABETH D. DEVOS**, in her official capacity as Secretary of Education *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:20-cv-01468-CJN |

### DEFENDANTS' RESPONSE TO INTERVENORS' MOTION FOR LEAVE TO TAKE DEPOSITIONS

Intervenors have moved for leave to take the depositions of six individuals who submitted declarations in support of Plaintiffs' pending motion for a preliminary injunction, prior to the scheduled July 24, 2020 preliminary injunction hearing. Defendants have previously submitted that they do not believe that a hearing on Plaintiffs' preliminary injunction motion is necessary. *See* Joint Status Report at 5, ECF No. 29. And because the parties' submissions to date make abundantly clear that Plaintiffs are not entitled to preliminary relief (or any other relief), Defendants do not believe that depositions—or any other discovery—are necessary in this case's current procedural posture. Moreover, Defendants do not wish to risk undue delay of the Court's resolution of Plaintiffs' motion. Defendants therefore respectfully suggest that the Court deny Intervenors' discovery motion, proceed with the scheduled July 24 oral argument, and deny Plaintiffs' preliminary injunction motion as soon as possible thereafter.

In addition to the fact that Intervenors' motion risks unnecessarily delaying the resolution of these proceedings, it rests upon a mistaken view of the future proceedings that are likely in

1

this case. *See* Mot. at 2 (suggesting that discovery in this case is "not that far away"). Plaintiffs assert claims exclusively under the Administrative Procedure Act, 5 U.S.C. § 551 *et seq*. It is well established that absent extraordinary circumstances not present here, judicial review of such claims is undertaken on the basis of the administrative record compiled by the agency. *See Florida Power & Light v. Lorion*, 470 U.S. 729, 743-44 (1985); *Theodore Roosevelt Conservation P'ship v. Salazar*, 616 F.3d 497, 514 (D.C. Cir. 2010). Therefore, following the preliminary-injunction phase, extra-record discovery in this case will be neither appropriate nor necessary.

Dated: July 20, 2020                                Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

   /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*