IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> **ELISABETH D. DEVOS, in her official capacity as Secretary of Education** *et al.*, <br><br>  Defendants. | Civil Action No. 1:20-cv-01468-CJN |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants hereby respectfully request a 15-day extension of time until August 30, 2020 to respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief, ECF No. 1. In support of this motion, and in accordance with the Court's Standing Order in Civil Cases, ECF No. 4, Defendants state the following:

1. The present deadline to respond to Plaintiffs' Complaint is August 14, 2020.

2. No previous extensions of time have been granted to any party in this case.

3. Good cause exists to support this motion. Owing to the press of business and other litigation, including three other parallel cases in the Southern District of New York, District of Maryland, and the District of Massachusetts, Defendants require additional time to respond to Plaintiffs' Complaint.

4. The granting of this motion will not affect any other existing deadlines.

5. Plaintiffs and Intervenor Defendants do not oppose the relief sought in this motion. Accordingly, it is unnecessary to suggest deadlines for the filing of any opposition or reply briefs.

Based on the foregoing, Defendants respectfully request that their motion for extension of time be granted. In accordance with the Local Rules of this Court, a proposed order is attached hereto.

Dated:  August 10, 2020                        Respectfully submitted,


                                          ETHAN P. DAVIS
                                          Acting Assistant Attorney General

                                          CARLOTTA P. WELLS
                                          Assistant Branch Director

                                             /s/  Daniel Riess
                                          DANIEL RIESS (Texas Bar No. 24037359)
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, N.W.
                                          Washington, D.C.  20005
                                          Tel: (202) 353-3098
                                          Fax: (202) 616-8460
                                          Daniel.Riess@usdoj.gov
                                          *Attorneys for Defendants*


### LOCAL CIVIL RULE 7(m) CERTIFICATION

In accordance with Local Civil Rule 7(m), before filing this motion, Defendants conferred with Plaintiffs' and Intervenor Defendants' counsel regarding this motion. Counsel for Plaintiffs and Intervenor Defendants represented that Plaintiffs do not oppose the relief requested herein.

                                                                       /s/  Daniel Riess
                                                                       Daniel Riess