UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF
PENNSYLVANIA, et al.,

    *Plaintiffs*,

v.

ELISABETH DEVOS, Secretary of the U.S.
Department of Education, et al.,

    *Defendants*.

Civil Action No. 1:20-cv-01468 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction or 5 U.S.C. § 705 Stay Pending Judicial Review, ECF No. 22, is **DENIED**.

DATE: August 12, 2020

                                                CARL J. NICHOLS
                                                United States District Judge