IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, | ) ) ) | Civil Action No. 1:20-cv-01468-CJN |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **ELISABETH D. DEVOS, in her official capacity as Secretary of Education** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) ) | |

## JOINT STATEMENT TO THE COURT

The parties respectfully notify the Court that Plaintiffs plan to file an amended complaint in this case. Consequently, the parties are presently drafting a joint proposed merits briefing schedule, to include deadlines for the filing of the administrative record and the amended complaint, which the parties plan to file shortly.

Dated: August 31, 2020         Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

  /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460

1

Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

*/s/ William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Alexa R. Baltes (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com
lexi@consovoymccarthy.com

*Counsel for Defendant-Intervenors Speech First, Inc. and Independent Women's Law Center*

*/s/ Charles J. Cooper*
Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice)
Nicole J. Moss (D.C. Bar #472424)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

*Counsel for Defendant-Intervenor Foundation for Individual Rights in Education*

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*
MICHAEL J. FISCHER
Chief Deputy Attorney General

*/s/ Aimee D. Thomson*
---
AIMEE D. THOMSON (D.C. Bar No. 1045758)
RYAN B. SMITH
JACOB B. BOYER
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

*/s/ Marie Soueid*
---
MARIE SOUEID
ESTELLE BRONSTEIN
EMILY WANGER
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

3

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*