IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as Secretary of Education** *et al.*,<br><br>        **Defendants.** | Civil Action No. 1:20-cv-01468-CJN |

## JOINT MOTION TO MODIFY MERITS BRIEFING SCHEDULE

In accordance with the parties' Joint Statement to the Court, ECF No. 103, the parties now respectfully move the Court to modify the dispositive motions briefing schedule as follows:

1. Plaintiffs shall file a motion for summary judgment not exceeding 65 pages by **November 20, 2020.**

4. Amicus briefs in support of Plaintiffs' motion for summary judgment shall be filed by **November 27, 2020.**

5. Defendants and Intervenors shall file cross-motions for summary judgment and opposition briefs to Plaintiffs' motion for summary judgment by **December 23, 2020.**

6. Amicus briefs in support of Defendants' and Intervenors' cross-motions for summary judgment shall be filed by **December 30, 2020.**

7. Plaintiffs shall file a combined reply brief in support of their motion for summary judgment and opposition briefs to Defendants' and Intervenors' cross-motion for summary judgment not exceeding 50 pages by **January 22, 2021.**

1

8. Defendants and Intervenors shall file reply briefs in support of their cross-motions for summary judgment by **February 19, 2021.**

9. In accordance with Local Civil Rule 7(n), the parties shall jointly prepare and file an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion by **March 5, 2021.**

10. In accordance with Local Civil Rule 7(f), Plaintiffs request an oral hearing on the parties' cross-motions. Defendants and Intervenors respectfully do not oppose Plaintiffs' request if the Court believes a hearing would be helpful.

11. In the event that this case remains pending after the Court rules on the parties' cross-motions for summary judgment, Defendants shall file an answer or otherwise respond to Plaintiffs' amended complaint within 30 days of the Court's decision.

12. Defendants and Intervenors may move to exceed this Court's page limits in advance of the filing of their respective opening and closing merits briefs, in accordance with Local Civil Rule 7(e).

Based on the foregoing, the parties respectfully request that their motion to modify the dispositive motions briefing schedule be entered by the Court. In accordance with the Local Rules of this Court, a proposed order is attached hereto.

Dated: October 13, 2020                    Respectfully submitted,

JEFFREY B. CLARK
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

   /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*


 */s/ William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Alexa R. Baltes (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com
lexi@consovoymccarthy.com

*Counsel for Defendant-Intervenors Speech First, Inc. and Independent Women's Law Center*


 */s/  Charles J. Cooper*
Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice)
Nicole J. Moss (D.C. Bar #472424)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

*Counsel for Defendant-Intervenor Foundation for Individual Rights in Education*

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*
MICHAEL J. FISCHER
Chief Deputy Attorney General

*/s/ Aimee D. Thomson*
---
AIMEE D. THOMSON (D.C. Bar No. 1045758)
RYAN B. SMITH
JACOB B. BOYER
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

*/s/ Marie Soueid*
---
MARIE SOUEID
ESTELLE BRONSTEIN
EMILY WANGER
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*

LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*