UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF
PENNSYLVANIA, et al.,

*Plaintiffs*,

v.

ELISABETH DEVOS, Secretary of the U.S.
Department of Education, et al.,

*Defendants*.

Civil Action No. 1:20-cv-01468 (CJN)

## AMENDED SCHEDULING ORDER

After review of the Parties' Joint Motion to Modify Merits Briefing Schedule, ECF No. 104, it is hereby **ORDERED** that the Motion is **GRANTED**. The Court enters the following amended schedule:

(1) By **November 20, 2020**, Plaintiffs shall file a motion for summary judgment not exceeding 65 pages.

(2) Amicus briefs supporting Plaintiffs' motion for summary judgment shall be filed by **November 27, 2020**.

(3) By **December 23, 2020**, Defendants and Intervenors shall file cross-motions for summary judgment and briefs opposing Plaintiffs' motion for summary judgment.

(4) Amicus briefs supporting Defendants' and Intervenors' cross-motions for summary judgment shall be filed by **December 30, 2020**.

(5) By **January 22, 2021**, Plaintiffs shall file a combined reply brief in support of their motion for summary judgment and opposition briefs to Defendants' and Intervenors' cross-motions for summary judgment not exceeding 50 pages.

(6)  By **February 19, 2021**, Defendants and Intervenors shall file reply briefs in support of their cross-motions for summary judgment.

(7)  By **March 5, 2021**, the Parties shall jointly prepare and file an appendix containing copies of those portions of the administrative record that are citied or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion.

(8)  If this case remains pending after the Court rules on the Parties' cross-motions for summary judgment, Defendants shall file an answer or otherwise respond to Plaintiffs' amended complaint within 30 days of the Court's decision.

It is so **ORDERED**.

DATE:  October 16, 2020

*[signature]*
CARL J. NICHOLS
United States District Judge