# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Commonwealth of Pennsylvania, State of New Jersey, State of California, State of Colorado, State of Delaware, the District of Columbia, State of Illinois, Commonwealth of Massachusetts, State of Michigan, State of Minnesota, State of Nevada, State of New Mexico, State of North Carolina, State of Oregon, State of Rhode Island, State of Vermont, Commonwealth of Virginia, State of Washington, and State of Wisconsin (collectively, Plaintiffs), bring this motion for summary judgment to vacate the final agency action entitled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 85 Fed. Reg. 30,026 (May 19, 2020) (to be codified at 34 C.F.R. pt. 106) (Rule), issued by Secretary Elisabeth D. DeVos, the United States Department of Education (ED), and the United States (collectively, Defendants).

As demonstrated by the accompanying Memorandum of Law, Plaintiffs are entitled to relief because there are no material facts in dispute and Plaintiffs are entitled to judgment as a matter of law. The Rule exceeds ED's statutory authority under Title IX of the Education

Amendments Act of 1972 (Title IX), 20 U.S.C. §§ 1681-88, and the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g; is not in accordance with Title IX or FERPA; is arbitrary and capricious; and was issued without observance of procedure required by the Administrative Procedure Act. 5 U.S.C. § 706(2)(A), (C), (D).

The motion is accompanied by a Memorandum of Law, a supplemental declaration, a proposed order, an index of Administrative Record citations, and a deferred joint appendix of relevant portions of the Administrative Record. Pursuant to Local Civil Rule 7(n) and the Court's Order dated November 18, 2020, Plaintiffs and Defendants shall jointly prepare and file on or before March 30, 2021, an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion.

Date: December 18, 2020

Respectfully submitted,

| | |
|---|---|
| **GURBIR S. GREWAL** | **JOSH SHAPIRO** |
| *Attorney General* | *Attorney General* |
| *State of New Jersey* | *Commonwealth of Pennsylvania* |
| MAYUR P. SAXENA | MICHAEL J. FISCHER |
| Assistant Attorney General | Chief Deputy Attorney General |
| | |
| */s/ Marie Soueid* | */s/ Aimee D. Thomson* |
| MARIE SOUEID | AIMEE D. THOMSON (D.C. Bar No. 1045758) |
| ESTELLE BRONSTEIN | RYAN B. SMITH |
| EMILY WANGER | JACOB B. BOYER |
| Deputy Attorneys General | Deputy Attorneys General |
| New Jersey Attorney General's Office | Office of Attorney General |
| Richard J. Hughes Justice Complex | 1600 Arch Street, Suite 300 |
| 25 Market Street | Philadelphia, PA 19103 |
| Trenton, NJ 08625 | (267) 374-2787 |
| (609) 376-2564 | athomson@attorneygeneral.gov |
| Marie.Soueid@law.njoag.gov | *Attorneys for Plaintiff Commonwealth of* |
| *Attorneys for Plaintiff State of New Jersey* | *Pennsylvania* |

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov
*Attorneys for Plaintiff State of California*

**PHILIP J. WEISER**
*Attorney General*
*State of Colorado*

*/s/ Eric R. Olson*
ERIC R. OLSON
Solicitor General
MARTHA FULFORD (D.C. Bar No. 101194)
First Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
eric.olson@coag.gov
martha.fulford@coag.gov
*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
*Attorney General*
*State of Delaware*

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
(302) 577-8600
christian.wright@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**KARL A. RACINE**
*Attorney General*
*District of Columbia*

*/s/ Kathleen Konopka*
KATHLEEN KONOPKA (D.C. Bar No. 495257)
Deputy Attorney General, Public Advocacy Division
MICHELLE THOMAS (D.C. Bar No. 993514)
Chief, Civil Rights Section, Public Interest Division
BRENDAN DOWNES (D.C. Bar No. 187888)
NICOLE HILL (D.C. Bar No. 888324938)
SAMANTHA HALL[*]
KATE VLACH (D.C. Bar No. 1671390)
Assistant Attorneys General
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, DC 20001
 (202) 724-6610
Kathleen.Konopka@dc.gov
[*] *Practicing in the District of Columbia under the direct supervision of Michelle D. Thomas, a member of the D.C. Bar. See D.C. Court of Appeals Rule 49(c).*
*Attorneys for Plaintiff District of Columbia*

| | |
|---|---|
| **KWAME RAOUL** <br> *Attorney General* <br> *State of Illinois* | **MAURA HEALEY** <br> *Attorney General* <br> *Commonwealth of Massachusetts* |
| /s/ *Alison V. Hill* <br> ALISON V. HILL <br> LIZA ROBERSON-YOUNG <br> GRETCHEN HELFRICH <br> Assistant Attorneys General <br> Office of the Attorney General State of Illinois <br> 100 W. Randolph St. <br> Chicago, IL, 60601 <br> (312) 814-3954 <br> ahill@atg.state.il.us <br> *Attorneys for Plaintiff State of Illinois* | /s/ *Angela R. Brooks* <br> ANGELA R. BROOKS <br> ABIGAIL B. TAYLOR <br> ABRISHAM ESHGHI <br> Assistant Attorneys General <br> Office of the Attorney General <br> One Ashburton Place <br> Boston, MA 02108 <br> (617) 963-2590 <br> angela.brooks@mass.gov <br> *Attorneys for Plaintiff Commonwealth of Massachusetts* |
| **DANA NESSEL** <br> *Attorney General* <br> *State of Michigan* | **KEITH ELLISON** <br> *Attorney General* <br> *State of Minnesota* |
| /s/ *Fadwa A. Hammoud* <br> FADWA A. HAMMOUD <br> Solicitor General <br> TONI L. HARRIS <br> NEIL GIOVANATTI <br> Assistant Attorneys General <br> Michigan Department of Attorney General <br> P.O. Box 30758 <br> Lansing, MI 48909 <br> (517) 335-7603 <br> HammoudF1@michigan.gov <br> Harrist19@michigan.gov <br> GiovanattiN@michigan.gov <br> *Attorneys for Plaintiff State of Michigan* | /s/ *Kevin Finnerty* <br> KEVIN FINNERTY <br> KATHRYN WOODRUFF <br> Assistant Attorneys General <br> 445 Minnesota Street, Suite 1400 <br> St. Paul, MN 55101-2131 <br> (651) 757-1058 (Voice) <br> (651) 757-1361 (Voice) <br> kevin.finnerty@ag.state.mn.us <br> kathryn.woodruff@ag.state.mn.us <br> *Attorneys for Plaintiff State of Minnesota* |

| | |
|---|---|
| **AARON D. FORD**<br>*Attorney General*<br>*State of Nevada*<br><br>*/s/ Heidi Parry Stern*<br>HEIDI PARRY STERN<br>Solicitor General<br>Office of the Nevada Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>(702) 486-3594<br>HStern@ag.nv.gov<br>*Attorneys for Plaintiff State of Nevada* | **HECTOR BALDERAS**<br>*Attorney General*<br>*State of New Mexico*<br><br>*/s/ Tania Maestas*<br>TANIA MAESTAS<br>Chief Deputy Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508<br>(505) 490-4060<br>tmaestas@nmag.gov<br>*Attorneys for Plaintiff State of New Mexico* |
| **JOSHUA H. STEIN**<br>*Attorney General*<br>*State of North Carolina*<br><br>*/s/* Sripriya Narasimhan<br>SRIPRIYA NARASIMHAN (D.C. Bar No: 1029549)<br>Deputy General Counsel<br>North Carolina Department of Justice<br>114 W. Edenton Street<br>Raleigh, NC 27603<br>(919) 716-6400<br>SNarasimhan@ncdoj.gov<br>*Attorneys for Plaintiff State of North Carolina* | **ELLEN F. ROSENBLUM**<br>*Attorney General*<br>*State of Oregon*<br><br>*/s/ Elleanor H. Chin*<br>ELLEANOR H. CHIN<br>BRIAN S. MARSHALL DC Bar No. 501670<br>Senior Assistant Attorney General<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301<br>(503) 947-4700<br>elleanor.chin@doj.state.or.us<br>*Attorneys for Plaintiff State of Oregon* |
| **PETER F. NERONHA**<br>*Attorney General*<br>*State of Rhode Island*<br><br>*/s/ Shannon L. Haibon*<br>SHANNON L. HAIBON<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 Ext. 2018<br>shaibon@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* | **THOMAS J. DONOVAN, JR.**<br>*Attorney General*<br>*State of Vermont*<br>JOSHUA R. DIAMOND<br>Deputy Attorney General<br><br>*/s/ Rachel E. Smith*<br>RACHEL E. SMITH<br>JULIO A. THOMPSON<br>Assistant Attorneys General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>rachel.e.smith@vermont.gov<br>julio.thompson@vermont.gov<br>*Attorneys for Plaintiff State of Vermont* |

| | |
|---|---|
| **MARK R. HERRING** <br> *Attorney General* <br> *Commonwealth of Virginia* | **ROBERT W. FERGUSON** <br> *Attorney General* <br> *State of Washington* |
| */s/ Jessica Merry Samuels* <br> JESSICA MERRY SAMUELS (D.C. Bar No. 1552258) <br> Assistant Solicitor General <br> Office of the Attorney General <br> 202 North Ninth Street <br> Richmond, VA 23219 <br> (804) 786-6835 <br> solicitorgeneral@oag.state.va.us <br> *Attorneys for Plaintiff Commonwealth of Virginia* | */s/ Kristin Beneski* <br> KRISTIN BENESKI <br> Assistant Attorney General <br> AILEEN HUANG <br> Deputy Attorney General <br> 800 5th Avenue, Suite 2000 <br> Seattle, WA 98104-3188 <br> (206) 464-7744 <br> kristin.beneski@atg.wa.gov <br> aileen.huang@atg.wa.gov <br> *Attorneys for Plaintiff State of Washington* |

**JOSHUA L. KAUL**
*Attorney General*
*State of Wisconsin*

*/s/ Jeffery A. Simcox*
ANNE M. BENSKY
Assistant Attorney General
JEFFERY A. SIMCOX
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 264-9451 (Bensky)
(608) 266-3861 (Simcox)
benskyam@doj.state.wi.us
simcoxja@doj.state.wi.us
*Attorneys for Plaintiff State of Wisconsin*