| Index of Administrative Record Citations ||
|---|---|
| **Title** | **Administrative Record & ECF Citation** |
| *U.S. Department of Education Policy Documents* ||
| U.S. Dep't of Educ., *Sexual Harassment: It's Not Academic Pamphlet* (1988) | AR 152770 n.205; ECF No. 22-23, Ex 1 |
| *Racial Incidents and Harassment Against Students at Educational Institutions*, 59 Fed. Reg. 11,448 (Mar. 10, 1994) | AR 146853, n.43 & 114916, n.vi.; ECF No. 22-23, Ex. 2 |
| *Sexual Harassment Guidance: Harassment of Students by School Employees, Other Students, or Third Parties*, 62 Fed. Reg. 12,034 (Mar. 13, 1997) (1997 Policy) | AR 277363-95; ECF No. 22-23, Ex. 3 |
| Richard W. Riley, U.S. Sec'y of Educ., U.S. Dep't of Educ., Dear Colleague Letter regarding *Gebser v. Lago Vista* (Aug. 31, 1998) | ECF No. 22-23, Ex. 4 |
| Richard W. Riley, U.S. Sec'y of Educ., U.S. Dep't of Educ., Dear Colleague Letter regarding *Gebser v. Lago Vista* (Jan. 28, 1999) | ECF No. 22-23, Ex. 5 |
| *Revised Sexual Harassment Guidance: Harassment of Students by School Employees, Other Students, or Third Parties*, 66 Fed. Reg. 5512 (Jan. 19, 2001, rescinded Aug. 2020) (2001 Policy) | AR 277124-71; ECF No. 22-23, Ex. 6 |
| Stephanie Monroe, Assistant Sec'y for Civil Rights, U.S. Dep't of Educ., Office for Civil Rights, Dear Colleague Letter (Jan. 25, 2006, rescinded Aug. 2020) (2006 Letter) | AR 278649-50; ECF No. 22-23, Ex. 7 |
| Russlyn Ali, Assistant Sec'y for Civil Rights, U.S. Dep't of Educ., Office for Civil Rights, Dear Colleague Letter (Apr. 4, 2011, withdrawn Sept. 22, 2017) (2011 Letter) | AR 275816-34; ECF No. 22-23, Ex. 8 |
| U.S. Dep't of Educ., *Questions and Answers on Title IX and Sexual Violence* (Apr. 24, 2014, withdrawn Sept. 22, 2017) (2014 Q&A) | AR 276684-736 ECF No. 22-23, Ex. 9 |
| U.S. Dep't of Educ., Q&A on Campus Sexual Misconduct (Sept. 2017, rescinded Aug. 2020) (2017 Q&A) | AR 278745-51 ECF No. 22-23, Ex. 10 |
| U.S. Dep't of Educ., Letter from Dale King, Director of Family Policy Compliance Office (Nov. 6, 2015) | AR 283669-74 |
| *Comments* ||
| 24 Private, Liberal Arts Colleges and Universities Comment (24 Priv. Liberal Arts Colls. & Univs. Comm.) | AR 144411-31; ECF No. 22-23, Ex. 15 |
| Adams State University of Colorado Comment (Adams State Univ. of Colo. Comm.) | AR 181248-54 |
| American Academy of Pediatrics and Society for Adolescent Health and Medicine Comment (Am. Acad. Pediatrics Comm.) | AR 134086-91 |
| American Federation of Teachers (Am. Fed. of Teachers Comm.) | AR 130209-12 |
| American Psychological Association Comment (Am. Psych. Ass'n Comm.) | AR 151221-27; ECF No. 22-23, Ex. 25 |
| Association of American Universities (AGB) Comm. (Ass'n of Am. Univs. Comm.) | AR 185962-69 |
| Association of Governing Boards of Universities and Colleges Comment (AGB Comm.) | AR 185432-37 |
| Association of Title IX Administrators (ATIXA) Comment (ATIXA Comm.) | AR113701-43 |
| Barton Community College Comment (Barton Cmty. Coll. Comm.) | AR 181,484-88 |
| Berkeley Unified School District Comment (Berkeley Unified Sch. Dist. Comm.) | AR 129634-37; ECF No. 22-23, Ex. 17 |
| Bowdoin College Comment (Bowdoin Coll. Comm.) | AR 183315-22 |
| Buckeye Elementary School District Comment (Buckeye Elem. Sch. Dist. Comm.) | AR 066878 |
| California Community Colleges Comment (Cal. Cmty. Coll. Comm.) | AR 148728-37; ECF No. 22-23, Ex. 16 |
| California Department of Education Comment (Cal. Dep't of Educ. Comm.) | AR 115364-67; ECF No. 22-23, Ex. 14 |
| California School Boards Association Comment (Cal. Sch. Bds. Ass'n Comm.) | AR 130725-27 |
| Campus Advocacy and Prevention Professionals Association (CAPPA) Comment (CAPPA Comm.) | AR 188464-89 |
| Center for American Progress (CAP) Comment (CAP Comm.) | AR 152533-40; ECF No. 22-23, Ex. 23 |
| Colorado Department of Higher Education Comment (Colo. Dep't of Higher Educ. Comm.) | AR 182871 |
| Connecticut College Comment (Conn. Coll. Comm.) | AR 246349-50 |
| Cornerstone University Comment (Cornerstone Univ. Comm.) | AR 162940-46 |
| Daniel Boone Area School District Superintendent Comment (Daniel Boone Area Sch. Dist. Comm.) | AR 066882 |
| Dominican University of California Comment (Dominican Univ. of Cal. Comm.) | AR114838-46 |

| Title | Administrative Record & ECF Citation |
|---|---|
| Harvard Undergraduate Council Comment (Harv. Undergrad. Council Comm.) | AR 137683-84 |
| Independent Colleges and Universities of Texas, Inc. Comment (Indep. Colls. & Univs. of Tex. Comm.) | AR113981-90 |
| Judith Herman Comment on behalf of 902 Mental Health Professionals (Mental Health Pros. Comm.) | AR 069293-314; ECF No. 22-23, Ex. 24 |
| La Mesa-Spring Valley School District Comment (La Mesa-Spring Valley Sch. Dist. Comm.) | AR 184736-37 |
| La Roche College Title IX Coordinator and Dean of Students Comment (La Roche Coll. Comm.) | AR 129644 |
| Lakeside Union School District Comment (Lakeside Union Sch. Dist. Comm.) | AR 246301 |
| Los Angeles Unified School District (LAUSD) Comment (LAUSD Comm.) | AR 129607-129615; ECF No. 22-23, Ex. 19 |
| Lourdes University Comment (Lourdes Univ. Comm.) | AR 181526-60 |
| Massachusetts Community College Comment (Mass. Cmty. Coll. Comm.) | AR 246289-96 |
| Matt Howard Volunteer Victim Advocate Comment (Matt Howard Vol. Vict. Advoc. Comm.) | AR 183011-12 |
| Minnesota State Colleges and Universities Comment (Minn. State Colls. & Univs. Comm.) | AR 186221-29 |
| Missouri State University Comment (Mo. State Univ. Comm.) | AR 184703-05 |
| MIT Graduate Student Council and Graduate Women at MIT (MIT Grad. Student Comm.) | AR 138113-17 |
| Multistate Attorneys General Comment (Multistate Comm.) | AR 146840-910; ECF No. 22-23, Ex. 12 |
| National Alliance to End Sexual Violence Comment (Nat'l Alliance to End Sexual Violence Comm.) | AR 184829-50 |
| National Association of Student Personnel Administrators (NASPA) Comment (NASPA Comm.) | AR 130354-79 |
| National Education Association Comment (Nat'l Educ. Ass'n Comm.) | AR 140051-62; ECF No. 22-23, Ex. 22 |
| National Medical Accessibility Coalition (Nat'l Med. Access. Coalition Comm.) | AR 129855-56 |
| New York State Department of Education Comment (N.Y. Dep't of Educ. Comm.) | AR 220269-71 |
| North Shore Community College (Commonwealth of Massachusetts) Comment (North Shore Cmty. Coll. Comm.) | AR 184151-57 |
| Northampton Community College Comment (Northampton Cmty. Coll. Comm.) | AR 246366-71 |
| Northern Essex Community College Comment (Northern Essex Cmty. Coll. Comm.) | AR 067063-70 |
| Northwest Christian University Comm. (Northwest Christian Univ. Comm.) | AR 188329-36 |
| Oregon Department of Education comment (Or. Dep't of Educ. Comm.) | AR 114785-802 |
| Pitzer College Comment (Pitzer Coll. Comm.) | AR 129763-70 |
| Reed College Comment (Reed Coll. Comm.) | AR 280521-24 |
| Regents of the University of California (Regents of Univ. of Cal. Comm.) | AR113656-69 |
| Ridley School District Comment (Ridley Sch. Dist. Comm) | AR 066886 |
| Rochester Medical Accessiblity Coalition at University of Rochester School of Medicine and Dentistry Comment  (Roch. Med. Access. Coalition Comm.) | AR 188681-92 |
| Ruby Kish Comment (Kish Comm.) | AR 218936-38 |
| San Francisco Unified School District (SFUSD) Comment (SFUSD Comm.) | AR 114887-92; ECF No. 22-23, Ex. 18 |
| School Superintendents Association (SSA) Comment (SSA Comm.) | AR 185098-103; ECF No. 22-23, Ex. 21 |
| Signatory Societies Comment (Signatory Soc'ies Comm.) | AR 139676-91 |
| Solana Beach School District Comment (Solana Beach Sch. Dist. Comm.) | AR 184882-83 |
| South Arkansas Community College Comment (South Ark. Cmty. Coll. Comm.) | AR 246305-10 |
| South Bay Union School District Comment (South Bay Union Sch. Dist. Comm.) | AR 066884 |
| Southern Weselyan University Comment (Southern Wesleyan Univ. Comm.) | AR 220450-57 |
| Superintendent of Seattle Public Schools Comment (Seattle Pub. Schs. Comm.) | AR 133167-68; ECF No. 22-23, Ex. 20 |
| Texas Association of School Boards Comment (Tex. Ass'n of Sch. Bds. Comm.) | AR 188315-25 |
| Texas State University Comment Letter (Tex. State Univ. Sys. Comm.) | AR 219915-19 |
| Texas A&M University System Comment (Tex. A&M Univ. Sys. Comm.) | AR 130307-16 |
| University of North Carolina System (Univ. of N.C. Sys. Comm.) | AR115138-46 |

| Title | Administrative Record & ECF Citation |
|---|---|
| University of Wyoming Comment (Univ. of Wyo. Comm.) | AR 184087-89 |
| Victim Rights Law Center Comment (Victims Rights Law Ctr. Comm.) | AR 183482-515 |
| Washington State School Directors' Association Comment (Wash. State Sch. Dirs.' Ass'n Comm.) | AR 151462-73; ECF No. 22-23, Ex. 13 |
| Washington State Superintendent of Public Instruction (Wash. State Sup. of Pub. Instruction Comm.) | AR 115111-28 |
| Wayne State University Comment (Wayne State Univ. Comm.) | AR 219242-45 |
| Wisconsin Department of Public Instruction Comment (Wisc. Dep't of Pub. Instruction Comm.) | AR 127000-03 |
| Women Helping Women Comment (Women Helping Women Comm.) | AR 185323-26 |
| Wright State University Comment (Wright State Univ. Comm.) | AR 129852-53 |
| Wyoming Community College Commission Representing Seven Community Colleges Comment (Wyo. Cmty. Coll. Comm'n Comm.) | AR 187044-46 |
| *Declarations* | |
| Dr. Judith L. Herman | ECF No. 22-3, Ex 30 & ECF No. 51 |
| Michael Madowitz, Center for American Progress (CAP) | ECF No. 22-3, Ex. 31 & ECF No. 51 |
| Nadine Burke-Harris, California Surgeon General | ECF No. 22-3, Ex. 40 |
| Jacey Cooper, Chief Deputy Director for Health Care Programs and State Medicaid Director, California Department of Healthcare Services (DHCS) | ECF No. 22-3, Ex. 45 |
| Linda Darling-Hammond, President, California State Board of Education | ECF No. 22-3, Ex. 46 |
| Julie Hall-Panameño, Director, Educational Equity Compliance Office and Title IX Coordinator, Los Angeles Unified School District | ECF No. 22-3, Ex. 57 & ECF No. 51 |
| Jennifer Kammarud, Senior Policy Advisor, Wisconsin Department of Public Instruction | ECF No. 22-3, Ex. 67 |
| Karyn Lynch, Chief of Student Support Services and Title IX Co-Coordinator, School District of Philadelphia | ECF No. 22-3, Ex. 71 |
| Stacy Alamo Mixson, Chief, Injury and Violence Prevention Branch, California Department of Public Health (CDPH) | ECF No. 22-3, Ex. 73 |
| Keasara Williams, Executive Director and Title IX Coordinator, Office of Equity, San Francisco Unifed School District | ECF No. 22-3, Ex. 96 |
| Michael Madowitz, Center for American Progress (CAP) (Supplemental) | ECF No. 108-3 |
| *Studies, Reports, and Article, and Misc.* | |
| Alexandra Brodsky, *How Much Does Sexual Assault Cost College Students Every Year?*, Wash. Post (Nov. 18, 2014) | AR 279607-08 |
| Am. Council on Educ. Mem. to OIRA (Dec. 17, 2019) | AR 281413-17 |
| C.P. Smith & J.J. Freyd, *Institutional Betrayal*, 69(6) Am. Psychologist 575 (2014) | AR 279586-98 |
| Cecilia Mengo & Beverly M. Black, *Violence Victimization on a College Campus: Impact on GPA and School Dropout*, 18 J.C. Student Retention: Res., Theory & Prac. 234 (2015) | AR 267590-605 |
| Christopher Krebs et al., U.S. Dep't of Justice, *Campus Climate Survey Validation Study: Final Technical Report* (Jan. 2016) | AR 275987-6204 |
| Cora Peterson et al., *Lifetime Economic Burden of Rape Among U.S. Adult*s, 52 Am. J. Preventive Med. 6 (2017) | AR 268378-95 |
| FBI, *Uniform Crime Reporting Program: National Incident-Based Reporting System Offense Definitions* (2012) | AR 278060-66 (2011 version) |
| Letter from SAFE Campuses LLC to S. Comm. on Health, Educ, Labor & Pensions re: reauthorizing Higher Educ. Act (Apr. 2, 2019) | AR 280681-84 |
| Nat'l Women's Law Ctr., *Let Her Learn: Stopping School Pushout for: Girls Who Have Suffered Harassment and Sexual Violence* 1, 2 (Apr. 2017) | AR 297976-92 |
| Sofi Sinozich & Lynn Langton, Bureau of Justice Statistics, United States Department of Justice, *Rape and Sexual Assault Victimization Among College-Age Females* 1995-2013 (Dec. 2014) | AR 277270-89 |
| *Survey of Current and Recent College Students on Sexual Assault*, Kaiser Family Fdtn. & Wash. Post (June 12, 2015) | AR 266866-95 |
| Suzanne Goldberg, *Keep Cross-Examination Out of College Sexual-Assault Cases*, The Chronicle of Higher Education (Jan. 10, 2019) | AR 280894-97 |

| Title | Administrative Record & ECF Citation |
|---|---|
| U.S. Dep't of Educ. *et al*., Fed. Comm'n on School Safety, *Final Report of the Federal Commission on School Safety* (2018) | AR 276404-583 |
| United Educators, *Confronting Campus Sexual Assault: An Examination of Higher Education Claims* 6 (2015) | AR 265036-55 |
| ***Regulatory Impact Analysis Documents*** | |
| OCR RIA Workbook Revised for Final Rule | AR 294860 (native form) |
| OCR RIA Workbook Revised for Final Rule | AR 294860.001-009 (PDF version) |
| U.S. Dep't of Educ., Response to Dec. 19, 2018 FOIA Request from National Center for Youth Law re: RIA in NPRM | AR 294861-931 |
| Response to appeal from FOIA from National Center for Youth Law | AR 294952-60 |
| OCR RIA Workbook for Notice of Proposed Rulemaking | AR 297385 (native form) |