# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, the Memorandum of Law and a supplemental declaration in support thereof, declarations and documents already on file with the Court cited in the Memorandum of Law, the joint appendix of relevant portions of the Administrative Record, any opposition, any reply thereto, and any oral argument, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

The U.S. Department of Education's Rule entitled *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance*, 85 Fed. Reg. 30,026 (May 19, 2020) is **VACATED**.

DATE: _____, 2021                 _____
                                                                              CARL J. NICHOLS
                                                                              United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys and parties entitled to be notified of the proposed order's entry:

Elisabeth D. DeVos
*Secretary of the United States Department of Education*
400 Maryland Avenue, S.W.
Washington, D.C. 20202

United States Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202

U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
c/o Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Josh Shapiro, Attorney General of Pennsylvania
*Attn:* Aimee D. Thomson
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
athomson@attorneygeneral.gov

Gurbir S. Grewal, Attorney General of New Jersey
*Attn:* Marie Soueid
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Marie.Soueid@law.njoag.gov

Xavier Becerra, Attorney General of California
*Attn:* Laura Faer
California Attorney General's Office
1515 Clay Street, 20th Floor

Oakland, Ca 94612-0552
Laura.Faer@doj.ca.gov

2