IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al*, <br><br> *Intervenor-Defendants,* <br><br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 20-cv-01468-CJN |

## TEXAS' PARTIALLY OPPOSED MOTION TO INTERVENE AS DEFENDANT

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Texas relies on the following contemporaneously-filed documents:

1. Memorandum in Support of Texas' Partially Opposed Motion to Intervene;

2. [Proposed] Intervenor-Defendant Texas' Answer; and

3. [Proposed] Order Granting Texas' Motion to Intervene.

1

For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

| | |
|---|---|
| Date: January 19, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Associate Deputy for Special Litigation<br>Texas State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Special Counsel<br>Texas State Bar No. 24088531 |
| | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Texas State Bar No. 24118415 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>patrick.sweeten@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>will.thompson@oag.texas.gov |

## CERTIFICATE OF CONFERENCE

Counsel for Putative Intervenor-Defendant Texas sought conference via e-mail and telephone on January 15, 16, and 18, 2021 with counsel for Plaintiff States, Defendants, and existing Intervenor Defendants. Counsel for Plaintiff States responded that their clients oppose Texas' motion to intervene. Counsel for Defendants replied that Defendants will take a position after the motion is filed and counsel have an opportunity to review it. Counsel for existing Intervenor Defendants stated that their clients do not oppose the motion.

*/s/ Kathleen T. Hunker*
Kathleen T. Hunker

## CERTIFICATE OF SERVICE

I, Kathleen T. Hunker, hereby certify that on this the 19th day of January, 2021, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Kathleen T. Hunker*
Kathleen T. Hunker