# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al*, <br><br> *Intervenor-Defendants,* <br><br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 20-cv-01468-CJN |

## TEXAS'S CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Putative Intervenor-Defendant the State of Texas moves for summary judgment. Plaintiffs' challenges to the Final Rule all fail as a matter of law. There are no genuine disputes of material fact, and Defendants are entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a).

Rather than burden the court with duplicative briefing, Texas incorporates by reference the briefing filed by the Department of Education. *See* ECF 132, 133. The Department will cease to

adequately represent Texas's interests in defending the Final Rule on January 20, *see* ECF 130.1 at 11–12, but there is no reason to duplicate the Department's current briefing.

| | |
|---|---|
| Date: January 19, 2021 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Associate Deputy for Special Litigation<br>Texas State Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Special Counsel<br>Texas State Bar No. 24088531 |
| | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Texas State Bar No. 24118415 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>kathleen.hunker@oag.texas.gov |

## CERTIFICATE OF SERVICE

I, Kathleen T. Hunker, hereby certify that on this the 19th day of January, 2021, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Kathleen T. Hunker*
Kathleen T. Hunker