# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br>         *Plaintiffs*, <br><br> v. <br><br> MITCHELL ZAIS, in his official capacity as Acting Secretary of Education et al., <br>         *Defendants*, <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, et al., <br>         *Defendant-Intervenors*. | No. 1:20-cv-1468-CJN |

## DEFENDANT-INTERVENORS' CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R Civ. P. 56 and LCvR 7(h), Defendant-Intervenors Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc., hereby move the Court to enter summary judgment in their favor. For the reasons stated in the accompanying Memorandum, Defendant-Intervenors respectfully submit that summary judgment is proper because the challenged rule's protections are already required by the First and Fourteenth Amendments. Furthermore, the Department of Education's exhaustive and reasoned rulemaking process indicates the challenged rule is neither arbitrary nor capricious. Further, notwithstanding Plaintiffs' arguments, the Department of Education's rule complies with Title IX by effectuating its purposes, and the rule complies with the Administrative Procedure Act's notice requirement. A proposed order is attached.

Dated: January 19, 2021

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com

*Counsel for Foundation for
Individual Rights in Education*

/s/ William S. Consovoy
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Alexa R. Baltes (pro hac vice)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com
lexi@consovoymccarthy.com

*Counsel for Speech First, Inc. and
Independent Women's Law Center*