IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of Education, et al., <br><br> *Defendants*, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al*, <br><br> *Intervenor-Defendants,* <br><br> and <br><br> STATE OF TEXAS, <br><br> *[Proposed] Intervenor-Defendant.* | Case No. 1:20-cv-01468-CJN |

### [PROPOSED] ORDER GRANTING TEXAS'S CROSS-MOTION FOR SUMMARY JUDGMENT

Before the Court is the Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment filed by Putative Intervenor-Defendant, the State of Texas. After considering the briefing on the matter, the evidence properly before the Court, and the applicable law, the Court is of the opinion that the cross-motion should be GRANTED.

IT IS HEREBY ORDERED THAT Putative Intervenor-Defendant, the State of Texas's, Cross-Motion for Summary Judgment be, and hereby is, GRANTED. Summary judgment is hereby ENTERED in favor of Defendants.

DATE: _____

_____
U. S. DISTRICT JUDGE