UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP H. ROSENFELT, *in his official capacity as Acting Secretary of Education*, *et al.*,<br><br>Defendants,<br><br>and<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

## **JOINT MOTION TO HOLD CASE IN ABEYANCE**

Plaintiffs and Defendants herein jointly request that the Court stay all pending briefing deadlines and hold this case in abeyance for sixty (60) days, up to and including Monday, April 5, 2021. Intervenor Defendants will take a position on this motion after it has been filed, and reserve the right to file a response.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020).

2. The parties are currently in the midst of briefing cross-motions for summary judgment. Pursuant to the Court's Amended Scheduling Order (ECF No. 107), Plaintiffs' combined reply brief in support of their motion for summary judgment and response in opposition to Defendants' and Intervenors' cross-motions for summary judgment is due February 16, 2021; and Defendants' and Intervenors' reply briefs in support of their cross-motions for summary judgment are due March 16, 2021.

1

3. The abeyance request is made to allow incoming Department leadership to review the underlying rule at issue in this case. *See, e.g.*, Per Curiam Order, *Save Jobs USA v. DHS*, No. 16-5287 (D.C. Cir. Feb. 10, 2017) (granting 60-day abeyance); Consent Motion to Hold Proceedings in Abeyance for 60 Days, *Save Jobs USA v. DHS*, No. 16-5287 (D.C. Cir. Feb. 1, 2017) (requesting abeyance "to allow incoming leadership personnel adequate time to consider the issues").

4. Plaintiffs and Defendants agree to file a joint status report and propose a schedule for future proceedings on or before April 5, 2021.

Date: February 3, 2021                                          Respectfully submitted,

BRIAN M. BOYNTON                                               **JOSH SHAPIRO**
Acting Assistant Attorney General                               *Attorney General*
                                                               *Commonwealth of Pennsylvania*

CARLOTTA P. WELLS                                              MICHAEL J. FISCHER
Assistant Branch Director                                       Chief Deputy Attorney General

 /s/  Daniel Riess                                              /s/ Aimee D. Thomson
DANIEL RIESS (TX Bar No. 24037359)                             AIMEE D. THOMSON (D.C. Bar No. 1045758)
Trial Attorney                                                  RYAN B. SMITH
United States Department of Justice                             JACOB B. BOYER
Civil Division, Federal Programs Branch                         Deputy Attorneys General
1100 L Street, N.W.                                             Office of Attorney General
Washington, D.C. 20005                                          1600 Arch Street, Suite 300
Tel: (202) 353-3098                                             Philadelphia, PA 19103
Fax: (202) 616-8460                                             (267) 374-2787
Daniel.Riess@usdoj.gov                                          athomson@attorneygeneral.gov
*Attorneys for Defendants*

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

*/s/ Marie Soueid*
_____
MARIE SOUEID
ESTELLE BRONSTEIN
EMILY WANGER
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

In accordance with Local Civil Rule 7(m), counsel for Plaintiffs and Defendants conferred with counsel for Intervenor Defendants in a good-faith effort to determine whether Intervenor Defendants opposed the relief sought and, if so, to narrow the areas of disagreement. Counsel for Intervenor Defendants informed Plaintiffs and Defendants that Intervenor Defendants will take a position on this motion after it has been filed, and reserve the right to file a response.

    /s/  Daniel Riess