IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| **PHILIP H. ROSENFELT**, in his official Capacity as Acting Secretary of Education *et al.*, | ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| **FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION** *et al.*, | ) ) ) |
| Intervenor-Defendants. | ) ) |

Civil Action No. 1:20-cv-01468-CJN

## [PROPOSED] ORDER

Upon consideration of Plaintiffs and Defendants' joint motion to hold this case in abeyance, any oppositions and reply briefs thereto, and the record in this case, it is hereby **ORDERED** that the joint motion be, and hereby is, **GRANTED**. It is further **ORDERED** that all proceedings in this case be held in abeyance for sixty (60) days, up to and including April 5, 2021. It is further **ORDERED** that on or before April 5, 2021, Plaintiffs and Defendants shall file a joint status report and propose a schedule for future proceedings in this case.

_____  
Date

_____  
Carl J. Nichols  
United States District Judge