UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP H. ROSENFELT, *in his official capacity as Acting Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE**

Plaintiffs respectfully request that the Court stay the Amended Scheduling Order (ECF No. 107) while Plaintiffs' and Defendants' joint motion to hold this case in abeyance is pending. Defendants and Intervenor-Defendants do not oppose this motion.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020).

2. The parties are currently in the midst of briefing cross-motions for summary judgment. Pursuant to the Court's Amended Scheduling Order, Plaintiffs' combined reply brief in support of their motion for summary judgment and response in opposition to Defendants' and Intervenors' cross-motions for summary judgment is due February 16, 2021; and Defendants' and Intervenors' reply briefs in support of their cross-motions for summary judgment are due March 16, 2021.

3. Plaintiffs and Defendants have jointly moved to place the case in a 60-day abeyance to allow incoming Department leadership to review the underlying rule at issue in this case (ECF

No. 143). Intervenor-Defendants have not taken a position on the motion and reserve the right to respond after the motion has been filed.

4. Good cause exists to stay the summary judgment briefing schedule. Under the default rules of this Court, Intervenor-Defendants must respond to the joint motion to hold the case in abeyance by February 17, 2021—one day after Plaintiffs' combined reply brief is due. Staying the upcoming deadlines would preserve limited resources in the event the Court grants the motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court stay the summary judgment briefing schedule while the joint motion to place the case in abeyance is pending.

Date: February 3, 2021

Respectfully submitted,

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*
MICHAEL J. FISCHER
Chief Deputy Attorney General

 */s/ Aimee D. Thomson*
AIMEE D. THOMSON (D.C. Bar No. 1045758)
RYAN B. SMITH
JACOB B. BOYER
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

*/s/ Marie Soueid*
_____
MARIE SOUEID
ESTELLE BRONSTEIN
EMILY WANGER
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*