IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> PHILIP H. ROSENFELT, in his official capacity as Acting Secretary of the United States Department of Education, et al., <br><br> *Defendants*, <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, et al., <br><br> *Defendant-Intervenors*. | No. 1:20-cv-1468-CJN |

**DEFENDANT-INTERVENORS' RESPONSE TO
MOTION TO HOLD CASE IN ABEYANCE**

After the Court granted the State of Texas's motion to intervene, counsel for FIRE, the Independent Women's Law Center, and Speech, First, Inc., conferred with counsel for Texas concerning the pending motion to hold this case in abeyance. Defendant-Intervenors do not oppose extending the deadlines in this case to give the new Administration an opportunity to review the federal government's position. But rather than indefinitely holding the case in abeyance, Defendant-Intervenors submit that the better course is to extend the deadlines in the prior summary judgment briefing schedule by 60 days. That approach would help ensure that the case continues to progress at a reasonable pace, and Defendant-Intervenors note that the Department of Justice did not deem it necessary to file an abeyance motion in the other pending case that challenges the Department of Education's Title IX rule, *Victim Rights Law Center v. Rosenfelt*, No. 20-11104 (D. Mass.).

The Court has broad discretion to decline to hold a case in abeyance based upon "potential regulatory changes." *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir.

2018) (per curiam). In lieu of holding the case in abeyance, Defendant-Intervenors propose that summary judgment reply briefs from parties opposing the Rule be submitted by April 19, 2021, with summary judgment reply briefs from parties supporting the Rule due on May 17, 2021.

| | |
|---|---|
| Dated: February 17, 2021 | Respectfully submitted, |
| /s/ *Charles J. Cooper* | /s/ *William S. Consovoy* |
| Charles J. Cooper (D.C. Bar #248070) | William S. Consovoy (D.C. Bar #493423) |
| Brian W. Barnes (pro hac vice) | Cameron T. Norris |
| Nicole J. Moss (D.C. Bar #472424) | Alexa R. Baltes |
| COOPER & KIRK, PLLC | CONSOVOY MCCARTHY PLLC |
| 1523 New Hampshire Ave., NW | 1600 Wilson Blvd., Ste. 700 |
| Washington, D.C. 20036 | Arlington, VA 22209 |
| (202) 220-9600 | (703) 243-9423 |
| ccooper@cooperkirk.com | will@consovoymccarthy.com |
| bbarnes@cooperkirk.com | cam@consovoymccarthy.com |
| nmoss@cooperkirk.com | lexi@consovoymccarthy.com |
| | |
| *Counsel for Foundation for Individual Rights in Education* | *Counsel for Speech First, Inc. and Independent Women's Law Center* |
| | |
| KEN PAXTON | PATRICK K. SWEETEN |
| Attorney General of Texas | Associate Deputy for Special Litigation |
| | Texas State Bar No. 00798537 |
| BRENT WEBSTER | |
| First Assistant Attorney General | WILLIAM T. THOMPSON |
| | Special Counsel |
| | Texas State Bar No. 24088531 |
| | |
| | /s/ *Kathleen T. Hunker* |
| | KATHLEEN T. HUNKER |
| | Special Counsel |
| | Texas State Bar No. 24118415 |
| | |
| | OFFICE OF THE ATTORNEY GENERAL |
| | P.O. Box 12548 (MC-009) |
| | Austin, Texas 78711-2548 |
| | Tel:: (512) 936-1414 |
| | patrick.sweeten@oag.texas.gov |
| | kathleen.hunker@oag.texas.gov |
| | will.thompson@oag.texas.gov |

*Counsel for State of Texas*