UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP H. ROSENFELT, *in his official capacity as Acting Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**REPLY BRIEF IN SUPPORT OF JOINT
MOTION TO HOLD CASE IN ABEYANCE**

In order to allow incoming Department of Education leadership to review the underlying rule at issue in this case, Plaintiffs and Defendants have jointly requested that the Court stay all pending briefing deadlines and hold this case in abeyance for sixty (60) days. At the end of the 60-day period, Plaintiffs and Defendants have proposed to file a joint status report including a proposed schedule governing future proceedings. It is common practice to request that litigation involving challenges to regulations be held in abeyance when a new presidential administration is elected during the litigation's pendency, in order to permit the current leadership to determine the course of action it wishes to take regarding the underlying regulation. *See* Joint Mot. at 2, ECF No. 143 (citing authority).

And while Intervenor Defendants have proposed instead extending the present summary judgment briefing deadlines by 60 days, this alternative proposal would be counterproductive

1

given present circumstances.  If the Department of Education initiates new regulatory action concerning the regulation challenged here, then it may not make sense for merits briefing regarding the existing regulation to proceed.  And if the Department were to decide not to take such action, then the parties would likely need to meet and confer at the end of the sixty-day period to propose new merits briefing deadlines.  Thus, simply extending the present deadlines for sixty days is impractical and would result in the needless expenditure of scarce resources.  Moreover, Intervenor Defendants' assertion that their alternative proposal is intended to "ensure that the case continues to progress at a reasonable pace" carries little weight, given that Plaintiffs—the parties that have *brought* this case—agree that those claims should be placed in abeyance.  Opp. at 1, ECF No. 45.

Plaintiffs and Defendants therefore respectfully request that this case be placed in abeyance for a period of 60 days, and that at the end of that time period, Plaintiffs and Defendants will file a joint status report that will include a proposed schedule governing future proceedings.

Date: February 24, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ Daniel Riess
DANIEL RIESS (TX Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

Respectfully submitted,

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*
MICHAEL J. FISCHER
Chief Deputy Attorney General

/s/ Aimee D. Thomson
AIMEE D. THOMSON (D.C. Bar No. 1045758)
RYAN B. SMITH
JACOB B. BOYER
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

**GURBIR S. GREWAL**
*Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

*/s/ Marie Soueid*
MARIE SOUEID
ESTELLE BRONSTEIN
EMILY WANGER
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

*/s/ Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov
*Attorneys for Plaintiffs*