UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP H. ROSENFELT, *in his official capacity as Acting Secretary of Education et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

## NOTICE TO THE COURT OF ISSUANCE OF EXECUTIVE ORDER

Defendants respectfully notify the Court of the issuance today of an "Executive Order on Guaranteeing an Educational Environment Free from Discrimination on the Basis of Sex, Including Sexual Orientation or Gender Identity," which may be viewed at: http://www.whitehouse.gov/briefing-room/presidential-actions/2021/03/08/executive-order-on-guaranteeing-an-educational-environment-free-from-discrimination-on-the-basis-of-sex-including-sexual-orientation-or-gender-identity/

As relevant here, this Executive Order directs the Secretary of Education ("Secretary"), in consultation with the Attorney General, to review the Rule at issue in this case for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy. It further directs the Secretary to "review existing guidance and issue new guidance as needed on the implementation of" the Rule "[a]s soon as practicable, and as appropriate and consistent with applicable law," and to "consider suspending, revising, or rescinding—or

1

publishing for notice and comment proposed rules suspending, revising, or rescinding—those agency actions that are inconsistent with" federal law and existing federal policy "as soon as practicable and as appropriate and consistent with applicable law."

Date: March 8, 2021                                             Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

/s/ *Daniel Riess*
DANIEL RIESS (TX Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*