UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA,[1] *in his official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

On March 11, 2021, this Court directed Plaintiffs, Defendants, and Intervenor-Defendants to "confer and file a Joint Status Report advising the Court on whether additional proceedings are necessary by May 5, 2021." Minute Order, Mar. 11, 2021. In accordance with the Court's Order, the parties have met and conferred and respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. On March 8, 2021, the President issued Executive Order No. 14,021. As relevant here, this Order directs the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy. It further directs the Secretary to "review existing guidance and issue new guidance as needed on the implementation of" the rule "[a]s soon as practicable, and as appropriate and consistent with applicable law," and to "consider suspending, revising, or rescinding—or publishing for notice

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Miguel Cardona is automatically substituted for his predecessor, Philip H. Rosenfelt, Acting Secretary of Education.

1

and comment proposed rules suspending, revising, or rescinding—those agency actions that are inconsistent with" federal law and existing federal policy "as soon as practicable and as appropriate and consistent with applicable law." Exec. Order No. 14,021, 86 Fed. Reg. 13,803 (Mar. 8, 2021).

3. On March 11, 2021, the Court granted Plaintiffs' and Defendants' joint motion to hold the present case in abeyance for sixty days. *See* Minute Order, Mar. 11, 2021. Citing Executive Order 14,021, the Court explained that "[t]he government is investigating administrative actions that may alter the course of this litigation. *Id*. The Court determined that "judicial economy would be well served by allowing the government to evaluate 'potential regulatory changes.'" *Id*. (quoting *Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018) (per curiam)).

4. On April 6, 2021, as part of implementing Executive Order 14,021, the Department of Education announced a comprehensive review of the rule. *See* Department of Education's Office for Civil Rights Launches Comprehensive Review of Title IX Regulations to Fulfill President Biden's Executive Order Guaranteeing an Educational Environment Free from Sex Discrimination (Apr. 6, 2021).[2] As part of this comprehensive review, the Department's Office for Civil Rights ("Office") plans to hold a public hearing to enable those who are interested to share their views through oral comments and written submissions. *Id*. To assist schools, students, and others in better understanding the Office's expectations with respect to compliance with Title IX and the rule, the Office will also issue a new question-and-answer document in the coming months. *Id*. After hearing from the public and completing its review of the rule, the Office anticipates publishing a notice of proposed rulemaking. *Id*.

---

[2] https://www.ed.gov/news/press-releases/department-educations-office-civil-rights-launches-comprehensive-review-title-ix-regulations-fulfill-president-bidens-executive-order-guaranteeing-educational-environment-free-sex-discrimination; *see also* Letter to Students, Educators, and other Stakeholders re Executive Order 14021 (Apr. 6, 2021), https://www2.ed.gov/about/offices/list/ocr/correspondence/stakeholders/20210406-titleix-eo-14021.pdf

5. In light of the comprehensive review of the rule announced by the Department of Education, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional sixty (60) days, up to and including Wednesday, July 6, 2021. Because the Department is exploring administrative actions that are likely to alter significantly the course of this litigation—including the publication of a notice of proposed rulemaking—the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes. *See Util. Solid Waste Activities Grp.*, 901 F.3d at 426; *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation). Intervenor Defendants have informed Plaintiffs and Defendants that they do not oppose the requested continuance. The parties agree to meet and confer and file a Joint Status Report on or before July 6, 2021.

| | |
|---|---|
| Date: May 5, 2021 | Respectfully submitted, |
| BRIAN D. NETTER<br>Deputy Assistant Attorney General | **JOSH SHAPIRO**<br>*Attorney General*<br>*Commonwealth of Pennsylvania* |
| CARLOTTA P. WELLS<br>Assistant Branch Director | MICHAEL J. FISCHER<br>Chief Deputy Attorney General |
| /s/ Daniel Riess<br>DANIEL RIESS (TX Bar No. 24037359)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-3098<br>Fax: (202) 616-8460<br>Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* | /s/ Aimee D. Thomson<br>AIMEE D. THOMSON (D.C. Bar No. 1045758)<br>RYAN B. SMITH<br>JACOB B. BOYER<br>Deputy Attorneys General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(267) 374-2787<br>athomson@attorneygeneral.gov |

| | |
|---|---|
| /s/ Charles J. Cooper<br>Charles J. Cooper (D.C. Bar #248070)<br>Brian W. Barnes (pro hac vice)<br>Nicole J. Moss (D.C. Bar #472424)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>(202) 220-9600<br>ccooper@cooperkirk.com<br>bbarnes@cooperkirk.com<br>nmoss@cooperkirk.com<br><br>*Counsel for Foundation for Individual Rights in Education*<br><br>/s/ William S. Consovoy<br>William S. Consovoy (D.C. Bar #493423)<br>Cameron T. Norris<br>Alexa R. Baltes<br>CONSOVOY MCCARTHY PLLC<br>1600 Wilson Blvd., Ste. 700<br>Arlington, VA 22209<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br>lexi@consovoymccarthy.com<br><br>*Counsel for Speech First, Inc. and Independent Women's Law Center* | **GURBIR S. GREWAL**<br>*Attorney General*<br>*State of New Jersey*<br>MAYUR P. SAXENA<br>Assistant Attorney General<br><br>/s/ Marie Soueid<br>MARIE SOUEID<br>ESTELLE BRONSTEIN<br>EMILY WANGER<br>Deputy Attorneys General<br>New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 376-2564<br>Marie.Soueid@law.njoag.gov |

**KEN PAXTON**
*Attorney General of Texas*
BRENT WEBSTER
First Assistant Attorney General
PATRICK K. SWEETEN
Associate Deputy for Special Litigation

 /s/ *Kathleen T. Hunker*
KATHLEEN T. HUNKER
WILLIAM T. THOMPSON
Texas Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.thompson@oag.texas.gov

**XAVIER BECERRA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General
CHRISTINE CHUANG
Supervising Deputy Attorney General

/s/ *Laura Faer*
LAURA FAER
CHRISTINA RIEHL
MARISOL LEÓN
SHUBHRA SHIVPURI
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*