IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) |
| **MIGUEL CARDONA, in his official capacity as Secretary of Education** *et al.*, | ) ) ) ) |
| **Defendants,** | ) ) ) |
| and | ) ) |
| **FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION** *et al.*, | ) ) ) ) |
| **Intervenor-Defendants.** | ) ) |

Civil Action No. 1:20-cv-01468-CJN

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs and Defendants' joint request to continue the present abeyance in this case for an additional sixty (60) days, the lack of opposition from Intervenor-Defendants, and the record in this case, it is hereby **ORDERED** that Plaintiffs and Defendants' request be, and hereby is, **GRANTED**.  It is further **ORDERED** that the present abeyance of all proceedings in this case be continued for sixty (60) days, up to and including July 6, 2021.  It is further **ORDERED** that the parties shall meet and confer and file a joint status report on or before July 6, 2021.

_____                    _____
Date                                                                Carl J. Nichols
                                                                         United States District Judge