UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,<br><br>　　　　　　Defendants,<br><br>and<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*,<br><br>　　　　　　Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

On September 7, 2021, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until October 27, 2021. Joint Status Report at 3-4, ECF No. 152. The Court granted the parties' request, and directed the parties to file an additional joint status report on or before October 27, 2021. Minute Order, September 13, 2021. In accordance with the Court's order, the parties have met and conferred and respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. As detailed in the parties' earlier joint status reports, the President has issued an executive order directing the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy, and as part of implementing that order, the Department of Education has announced a comprehensive review of the rule. *See* ECF No. 148 at 1-2, ECF No. 150 at 1; ECF No. 152 at 1.

1

3.     Additionally, as detailed in the parties' earlier reports, the Department's Office for Civil Rights ("OCR") anticipates publishing a notice of proposed rulemaking to amend the rule. *See* ECF No. 148 at 2, ECF No. 150 at 2; ECF No. 152 at 3.

4.     As part of the Department's comprehensive review, OCR held a virtual public hearing on June 7-11, 2021 to gather information for improving enforcement of Title IX. *See* ECF No. 150 at 2. During the hearing, OCR received input from students, parents, educators, school staff, administrators and other members of the public on what additional changes to the Title IX regulations and any related agency actions may be necessary to fulfill the President's executive order. *Id.*

5.     In light of the Department's continuing comprehensive review of the rule, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional sixty (60) days, up to and including Monday, December 27, 2021. Because the Department is exploring administrative actions that are likely to alter significantly the course of this litigation—including the publication of a notice of proposed rulemaking—the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes. *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018); *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation). Intervenor Defendants have informed Plaintiffs and Defendants that they do not object to this request. The parties agree to meet and confer and file a Joint Status Report on or before December 27, 2021.

Date: October 27, 2021                              Respectfully submitted,

<div style="column-count:2">

BRIAN D. NETTER
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/  *Daniel Riess*
DANIEL RIESS (TX Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*

MICHAEL J. FISCHER
Chief Counsel and Executive Deputy Attorney General

 */s/ Aimee D. Thomson*
AIMEE D. THOMSON (D.C. Bar No. 1045758)
RYAN B. SMITH
JACOB B. BOYER
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

</div>

/s/ Charles J. Cooper
Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice)
Nicole J. Moss (D.C. Bar #472424)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

*Counsel for Foundation for
Individual Rights in Education*

/s/ William S. Consovoy
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Speech First, Inc. and
Independent Women's Law Center*

**ANDREW J. BRUCK**
*Acting Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

/s/ Marie Soueid
MARIE SOUEID
Deputy Attorney General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(609) 376-2564
Marie.Soueid@law.njoag.gov

4

| | |
|---|---|
| **KEN PAXTON** <br> *Attorney General of Texas* <br> BRENT WEBSTER <br> First Assistant Attorney General <br> PATRICK K. SWEETEN <br> Associate Deputy for Special Litigation <br><br> */s/ Kathleen T. Hunker* <br> KATHLEEN T. HUNKER <br> WILLIAM T. THOMPSON <br> Texas Office of the Attorney General <br> P.O. Box 12548 (MC-009) <br> Austin, Texas 78711-2548 <br> Tel.: (512) 936-1414 <br> Fax: (512) 936-0545 <br> patrick.sweeten@oag.texas.gov <br> kathleen.hunker@oag.texas.gov <br> will.thompson@oag.texas.gov | **ROB BONTA** <br> *Attorney General of California* <br> *State of California* <br> MICHAEL NEWMAN <br> Senior Assistant Attorney General <br><br> */s/ Laura Faer* <br> LAURA FAER <br> Supervising Deputy Attorney General <br> CHRISTINA RIEHL <br> MARISOL LEÓN <br> SRIVIDYA PANCHALAM <br> Deputy Attorneys General <br> California Attorney General's Office <br> 1515 Clay Street, 20th Floor <br> Oakland, CA 94612-0552 <br> (510) 879-3305 <br> Laura.Faer@doj.ca.gov <br><br> *Attorneys for Plaintiffs* |