UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

On December 22, 2021, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until February 25, 2022. Joint Status Report at 3, ECF No. 159. The Court granted the parties' request and directed the parties to file an additional joint status report on or before February 25, 2022. Minute Order, January 3, 2022. In accordance with the Court's order, the parties have met and conferred and respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. The following background information has been shared with the Court in the parties' prior joint status reports:

    a. The President has issued an executive order directing the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy, and as part of implementing that order, the Department of Education has announced a

1

comprehensive review of the rule.  *See* ECF No. 148 at 1-2, ECF No. 150 at 1; ECF No. 152 at 1; ECF No. 156 at 1; ECF No. 159 at 1.

b.     The Department's Office for Civil Rights ("OCR") anticipates publishing a notice of proposed rulemaking ("notice") to amend the rule.  *See* ECF No. 148 at 2, ECF No. 150 at 2; ECF No. 152 at 3; ECF No. 156 at 2; ECF No. 159 at 2.

c.     In its Fall 2021 Unified Agenda, the Department listed April 2022 as its anticipated date for publication of the notice in the *Federal Register*.  *See* ECF No. 159 at 2.

3.     On February 17, 2022, the Department transmitted the draft notice to the Office of Information and Regulatory Affairs ("OIRA"), the part of the Office of Management and Budget responsible for coordinating the review of all Executive Branch regulations.  *See* U.S. Dep't of Educ., Office for Civil Rights Blog, An Update on the Rulemaking Process for Title IX (Feb. 18, 2022);[1] OIRA, List of All Regulatory Actions Currently Under Review (Department of Education).[2]

4.     Because of the Department's continuing comprehensive review of the rule, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional sixty-three (63) days, up to and including Friday, April 29, 2022.  Because the Department is exploring administrative actions that may alter the course of this litigation—including the publication of the notice —the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes.  *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018); *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation).   Intervenor

---

[1] https://www2.ed.gov/about/offices/list/ocr/blog/index.html

[2] https://www.reginfo.gov/public/jsp/EO/eoDashboard.myjsp

Defendants have informed Plaintiffs and Defendants that they do not object to this request. The parties agree to meet and confer and file a Joint Status Report on or before April 29, 2022.

| | |
|---|---|
| Date: February 24, 2021 | Respectfully submitted, |
| BRIAN D. NETTER<br>Deputy Assistant Attorney General | **JOSH SHAPIRO**<br>*Attorney General*<br>*Commonwealth of Pennsylvania* |
| CARLOTTA P. WELLS<br>Assistant Branch Director | MICHAEL J. FISCHER<br>Chief Counsel and Executive Deputy Attorney General |
| /s/ *Daniel Riess*<br>DANIEL RIESS (TX Bar No. 24037359)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-3098<br>Fax: (202) 616-8460<br>Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* | /s/ *Aimee D. Thomson*<br>AIMEE D. THOMSON (D.C. Bar No. 1045758)<br>RYAN B. SMITH<br>JACOB B. BOYER<br>Deputy Attorneys General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(267) 374-2787<br>athomson@attorneygeneral.gov |

/s/ Charles J. Cooper
Charles J. Cooper (D.C. Bar #248070)
Brian W. Barnes (pro hac vice)
Nicole J. Moss (D.C. Bar #472424)
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
nmoss@cooperkirk.com

*Counsel for Foundation for
Individual Rights in Education*

/s/ William S. Consovoy
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Speech First, Inc. and
Independent Women's Law Center*

**MATTHEW J. PLATKIN**
*Acting Attorney General
State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

/s/ Marie Soueid
MARIE SOUEID
Deputy Attorney General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(973) 648-2489
Marie.Soueid@law.njoag.gov

4

**KEN PAXTON**
*Attorney General of Texas*
BRENT WEBSTER
First Assistant Attorney General
PATRICK K. SWEETEN
Associate Deputy for Special Litigation


 /s/ *Kathleen T. Hunker*
KATHLEEN T. HUNKER
WILLIAM T. THOMPSON
Texas Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
kathleen.hunker@oag.texas.gov
will.thompson@oag.texas.gov

**ROB BONTA**
*Attorney General of California*
*State of California*
MICHAEL NEWMAN
Senior Assistant Attorney General

*/s/ Laura Faer*
LAURA FAER
Supervising Deputy Attorney General
CHRISTINA RIEHL
MARISOL LEÓN
SRIVIDYA PANCHALAM
Deputy Attorneys General
California Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612-0552
(510) 879-3305
Laura.Faer@doj.ca.gov

*Attorneys for Plaintiffs*