UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>ELISABETH D. DEVOS, *in her official capacity as Secretary of Education, et al.*,<br><br>Defendants,<br><br>and<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.,*<br><br>Intervenor-Defendants. | **No. 20-cv-01468-CJN** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

     Kindly withdraw the appearance of Aimee D. Thomson, of the Pennsylvania Office of Attorney General, on behalf of plaintiff, the Commonwealth of Pennsylvania in the above-captioned matter pursuant to Local Civil Rule 83.6(b). Attorneys Michael J. Fischer and Jacob B. Boyer of the Pennsylvania Office of Attorney General continue to represent the Commonwealth of Pennsylvania in this matter.

Dated: July 19, 2022

Respectfully submitted,

By: /s/ *Aimee D. Thomson*
    AIMEE D. THOMSON (D.C. Bar No. 1045758)
    Deputy Attorney General
    Pennsylvania Office of Attorney General
    1600 Arch Street, Suite 300
    Philadelphia, PA 19103
    (267) 940-6696
    athomson@attorneygeneral.gov

**CERTIFICATE OF SERVICE**

I, Aimee D. Thomson, hereby certify that on July 19, 2022 I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

/s/ *Aimee D. Thomson*
Aimee D. Thomson
Deputy Attorney General