IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW MEXICO; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN; STATE OF NEVADA, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as Secretary of the United States Department of Education; UNITED STATES DEPARTMENT OF EDUCATION; and UNITED STATES OF AMERICA, <br><br> *Defendants*. | Civil Action No. 1:20-cv-01468-CJN |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that the law firm of Harris, Wiltshire & Grannis LLP has changed its name to HWG LLP, effective immediately. The remainder of the address is unchanged. As a result, the address of the firm's Washington, D.C. office is now:

                    HWG LLP  
                    1919 M Street NW  
                    Eighth Floor  
                    Washington, DC 20036  
                    Telephone: (202) 730-1300  
                    Fax: (202) 730-1301

Please update your records to reflect this change.

Dated: August 16, 2022                                        Respectfully Submitted,

                                                                /s/ Lauren E. Snyder  
                                                                Lauren E. Snyder  
                                                                HWG LLP  
                                                                1919 M Street NW  
                                                                Eighth Floor  
                                                                Washington, DC 20036  
                                                                Tel: 202-730-1359  
                                                                Fax: (202) 730-1301  
                                                                lsnyder@hwglaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

                                                /s/ Lauren E. Snyder
                                                Lauren E. Snyder