UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>                           Plaintiffs,<br><br>    v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,<br><br>                           Defendants,<br><br>    and<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*,<br><br>                           Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

On June 30, 2022, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until June 30, 2022. Joint Status Report at 2, ECF No. 165. The Court granted the parties' request and directed the parties to file an additional joint status report on or before August 29, 2022. Minute Order, July 19, 2022. In accordance with the Court's order, the parties have met and conferred and respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. The following background information has been shared with the Court in the parties' prior joint status reports: The President has issued an executive order directing the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy, and as part of implementing that order, the Department of Education has announced a comprehensive review of

the rule. *See* ECF No. 148 at 1-2, ECF No. 150 at 1; ECF No. 152 at 1; ECF No. 156 at 1; ECF No. 159 at 1; ECF No. 163 at 1; ECF No. 165 at 1-2.

       3.      On July 12, 2022, the Department published in the Federal Register a notice of proposed rulemaking ("notice") to amend the rule. Notice of Proposed Rulemaking, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 87 Fed. Reg. 41,390 (July 12, 2022). The 60-day period for comments is currently open and ends on September 12, 2022. *Id*. at 41,390. To date, the Department has received more than 110,000 comments.

       4.      In light of the release of the notice and the ongoing public comment period, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional ninety-seven (97) days, up to and including Wednesday, November 30, 2022. Because the Department is exploring administrative actions that may alter the course of this litigation—including the review of public comments and the release of a final rule—the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes. *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018); *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation). Intervenor State of Texas has informed Plaintiffs and Defendants that they do not object to this request, and the Private Intervenor Defendants did not report any objections as of the time of this filing. The parties agree to meet and confer and file a Joint Status Report on or before November 30, 2022.

Date: August 26, 2022                          Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/  Daniel Riess
DANIEL RIESS (TX Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**JOSH SHAPIRO**
*Attorney General*
*Commonwealth of Pennsylvania*


/s/  Michael Fischer
MICHAEL J. FISCHER
Chief Counsel and Executive Deputy Attorney General

JACOB B. BOYER
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 347-3929
mfischer@attorneygeneral.gov

**MATTHEW J. PLATKIN**
*Acting Attorney General*
*State of New Jersey*
MAYUR P. SAXENA
Assistant Attorney General

/s/ Mayur P. Saxena
MELISSA MEDOWAY
ANDREW YANG
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
(973) 648-6255
Mayur.Saxena@law.njoag.gov

| | |
|---|---|
| **KEN PAXTON** <br> *Attorney General of Texas* <br> BRENT WEBSTER <br> First Assistant Attorney General <br> PATRICK K. SWEETEN <br> Associate Deputy for Special Litigation <br> <br> /s/ *Kathleen T. Hunker* <br> KATHLEEN T. HUNKER <br> WILLIAM T. THOMPSON <br> Texas Office of the Attorney General <br> P.O. Box 12548 (MC-009) <br> Austin, Texas 78711-2548 <br> Tel.: (512) 936-1414 <br> Fax: (512) 936-0545 <br> patrick.sweeten@oag.texas.gov <br> kathleen.hunker@oag.texas.gov <br> will.thompson@oag.texas.gov | **ROB BONTA** <br> *Attorney General of California* <br> *State of California* <br> MICHAEL NEWMAN <br> Senior Assistant Attorney General <br> <br> /s/ *Laura Faer* <br> LAURA FAER <br> Supervising Deputy Attorney General <br> CHRISTINA RIEHL <br> Deputy Attorney General <br> California Attorney General's Office <br> 1515 Clay Street, 20th Floor <br> Oakland, CA 94612-0552 <br> (510) 879-3305 <br> Laura.Faer@doj.ca.gov <br> <br> *Attorneys for Plaintiffs* |