**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | |
| Plaintiffs, | Civil Action No. 20-cv-01468-CJN |
| **v.** | |
| ELISABETH D. DEVOS, *in her official capacity as Secretary of Education*, *et al.*, | |
| Defendants. | |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

**PLEASE TAKE NOTICE** that attorney Srividya Panchalam withdraws her appearance as counsel for Plaintiff State of California. Plaintiff will continue to be represented by Laura Faer and Christina Riehl, who have entered appearances in this case.

Dated: February 1, 2023                     Respectfully Submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            MICHAEL L. NEWMAN
                                            Senior Assistant Attorney General
                                            LAURA L. FAER
                                            SRIVIDYA PANCHALAM
                                            Supervising Deputy Attorneys General
                                            CHRISTINA RIEHL
                                            Deputy Attorney General


                                            */s/ Srividya Panchalam*
                                            SRIVIDYA PANCHALAM
                                            Supervising Deputy Attorney General
                                            California Attorney General's Office
                                            300 S. Spring Street, Suite 1702
                                            Los Angeles, CA 90013
                                            (213) 269-6496
                                            Srividya.Panchalam@doj.ca.gov
                                            *Attorneys for Plaintiff State of California*