# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

## JOINT STATUS REPORT

On March 31, 2023, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until June 14, 2023. Joint Status Report at 2, ECF No. 179. The Court granted the parties' request and directed the parties to file an additional joint status report on or before June 14, 2023. Minute Order, Apr. 3, 2023. In accordance with the Court's order, the parties have met and conferred and respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. The following background information has been shared with the Court in the parties' prior joint status reports: The President has issued an executive order directing the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq.*, and existing federal policy, and as part of implementing that order, the Department of Education has announced a comprehensive review of the rule. On July 12, 2022, the Department published in the Federal Register a notice of proposed

rulemaking to amend the rule.  Notice of Proposed Rulemaking, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 87 Fed. Reg. 41,390 (July 12, 2022) ("Proposed Rule").  The 60-day comment period for the Proposed Rule closed on September 12, 2022.  *See* ECF No. 148 at 1-2, ECF No. 150 at 1; ECF No. 152 at 1; ECF No. 156 at 1; ECF No. 159 at 1; ECF No. 163 at 1; ECF No. 165 at 1-2; ECF No. 170 at 1-2; ECF No. 172 at 1-2; ECF No. 175 at 1-2; ECF No. 179 at 1-2.

       3.      On May 26, 2023, the Department's official blog informed the public that more than 240,000 public comments had been received in response to the Proposed Rule, nearly twice as many comments as the Department had received during promulgation of the rule.  *See* U.S. Dep't of Education, HOMEROOM, *A Timing Update on Title IX Rulemaking* (May 26, 2023).[1]  The blog post also announced that owing to the large number of public comments received, the Department is updating its Spring Unified Agenda to reflect an anticipated date of October 2023 for publication of the Final Rule.  *Id*.

       4.      In light of the Department's continuing consideration and review of public comments on the Proposed Rule, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional ninety (90) days, up to and including Tuesday, September 12, 2023.  Because the Department is exploring administrative actions that may alter the course of this litigation—including the review of public comments and the release of a final rule—the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes.  *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018); *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation).  Intervenor Defendants have informed

---

[1] https://blog.ed.gov/2023/05/a-timing-update-on-title-ix-rulemaking/

Plaintiffs and Defendants that they do not object to this request. The parties agree to meet and confer and file a Joint Status Report on or before September 12, 2023.

| | |
|---|---|
| Date: June 14, 2023 | Respectfully submitted, |
| BRIAN D. NETTER<br>Deputy Assistant Attorney General | **MICHELLE HENRY**<br>*Attorney General*<br>*Commonwealth of Pennsylvania* |
| CARLOTTA P. WELLS<br>Assistant Branch Director | |
| /s/ Daniel Riess<br>DANIEL RIESS (TX Bar No. 24037359)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-3098<br>Fax: (202) 616-8460<br>Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* | /s/ Elizabeth P. Lester-Abdalla<br>ELIZABETH P. LESTER-ABDALLA<br>Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2980<br>elester-abdalla@attorneygeneral.gov |
| | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>*State of New Jersey*<br>MAYUR P. SAXENA<br>Assistant Attorney General |
| | /s/ Mayur P. Saxena<br>ANDREW YANG<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>(973) 648-6255<br>Mayur.Saxena@law.njoag.gov |

| | |
|---|---|
| JOHN SCOTT<br>Provisional Attorney General of Texas<br>BRENT WEBSTER<br>First Assistant Attorney General<br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br><br> /s/ Kathleen T. Hunker<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Texas Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>kathleen.hunker@oag.texas.gov | **ROB BONTA**<br>*Attorney General of California*<br>*State of California*<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br><br>*/s/ Christina Riehl*<br>CHRISTINA RIEHL<br>Deputy Attorney General<br>California Attorney General's Office<br>600 West Broadway, Ste 1800<br>San Diego, California 92101<br>(619) 738-9740<br>Christina.Riehl@doj.ca.gov<br><br>*Attorneys for Plaintiffs* |