UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*, <br><br> Defendants, <br><br> and <br><br> FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*, <br><br> Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

On November 10, 2023, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until January 12, 2024. Joint Status Report at 2, ECF No. 187. The parties have met and conferred and now respectfully file this further Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule").

2. The following background information has been shared with the Court in the parties' prior joint status reports: The President has issued an executive order directing the Secretary of Education to examine the rule for consistency with Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 *et seq*., and existing federal policy, and as part of implementing that order, the Department of Education has announced a comprehensive review of the rule. On July 12, 2022, the Department published in the Federal Register a notice of proposed rulemaking to amend the rule. Notice of Proposed Rulemaking, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 87 Fed. Reg.

41,390 (July 12, 2022) ("Proposed Rule").  The 60-day comment period for the Proposed Rule closed on September 12, 2022.  On May 26, 2023, the Department's official blog informed the public that more than 240,000 public comments had been received in response to the Proposed Rule.  *See* ECF No. 148 at 1-2, ECF No. 150 at 1; ECF No. 152 at 1; ECF No. 156 at 1; ECF No. 159 at 1; ECF No. 163 at 1; ECF No. 165 at 1-2; ECF No. 170 at 1-2; ECF No. 172 at 1-2; ECF No. 175 at 1-2; ECF No. 179 at 1-2; ECF No. 182 at 1-2; ECF No. 183 at 1-2; ECF No. 187 at 1-2.

3. The Office of Management and Budget periodically issues a Unified Agenda of Regulatory and Deregulatory Actions (Unified Agenda), which reports on administrative agencies' planned regulatory actions.  The Unified Agenda represents the Department's statement of its expectations regarding the timeline for rulemaking.  The Fall 2023 Unified Agenda states that the Department expects to publish the Final Rule in March 2024.[1]

4. In light of the Department's continuing consideration and review of public comments on the Proposed Rule, Plaintiffs and Defendants jointly request that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance for an additional sixty-three (63) days, up to and including Friday, March 15, 2024.  Because the Department is exploring administrative actions that may alter the course of this litigation—including the review of public comments and the release of a final rule—the interests of the parties and of judicial economy would be well served by continuing the present abeyance to permit the Department to evaluate potential regulatory changes.  *See Util. Solid Waste Activities Grp. v. EPA*, 901 F.3d 414, 426 (D.C. Cir. 2018); *Pharm. Care Mgmt. Ass'n v. U.S. Dep't of Health & Hum. Servs.*, No. CV 21-95 (JDB), 2021 WL 624229, at *1 (D.D.C. Jan. 30, 2021) (holding case in abeyance during pendency of agency's review of challenged regulation).  Intervenor Defendants have informed

---

[1] Executive Office of the President of the United States, Office of Information and Regulatory Affairs, Office of Management and Budget, *Agency Rule List – Fall 2023, Department of Education*, http://tinyurl.com/yc3yc2ye.

Plaintiffs and Defendants that they do not object to this request. The parties agree to meet and confer and file a Joint Status Report on or before March 15, 2024.

| | |
|---|---|
| Date: January 12, 2024 | Respectfully submitted, |
| BRIAN D. NETTER<br>Deputy Assistant Attorney General | **MICHELLE HENRY**<br>*Attorney General*<br>*Commonwealth of Pennsylvania* |
| CARLOTTA P. WELLS<br>Assistant Branch Director | |
| */s/ Daniel Riess*<br>DANIEL RIESS (TX Bar No. 24037359)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-3098<br>Fax: (202) 616-8460<br>Daniel.Riess@usdoj.gov<br>*Attorneys for Defendants* | */s/ Elizabeth P. Lester-Abdalla*<br>ELIZABETH P. LESTER-ABDALLA<br>Deputy Attorney General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2980<br>elester-abdalla@attorneygeneral.gov |
| | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>*State of New Jersey*<br>DAVID E. LEIT<br>Assistant Attorney General |
| | */s/ Andrew Yang*<br>ANDREW YANG<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>124 Halsey Street<br>Newark, NJ 07101<br>(973) 648-4460<br>Andrew.Yang@law.njoag.gov |

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
JAMES LLOYD
Deputy Attorney General for Civil Litigation


 /s/ Kathleen T. Hunker
KATHLEEN T. HUNKER
Special Counsel
Texas Office of the Attorney General
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 936-0545
kathleen.hunker@oag.texas.gov

**ROB BONTA**
*Attorney General of California*
*State of California*
MICHAEL L. NEWMAN
Senior Assistant Attorney General
LAURA L. FAER
Supervising Deputy Attorney General

*/s/ Christina Riehl*
CHRISTINA RIEHL
Deputy Attorney General
California Attorney General's Office
600 West Broadway, Ste 1800
San Diego, California 92101
(619) 738-9740
Christina.Riehl@doj.ca.gov

*Attorneys for Plaintiffs*