UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MIGUEL CARDONA, *in his official capacity as Secretary of Education*, *et al.*,<br><br>　　　　　　　　　　　Defendants,<br><br>　　and<br><br>FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, *et al.*,<br><br>　　　　　　　　　　　Intervenor-Defendants. | Civil Action No. 20-cv-01468-CJN |

**JOINT STATUS REPORT**

　　　　On May 3, 2024, the parties filed a joint status report requesting that the Court continue the present stay of all pending briefing deadlines and hold this case in abeyance until June 17, 2024. Joint Status Report at 2, ECF No. 197. The parties have met and conferred and now respectfully file this further Joint Status Report.

　　　　1.　　　This case involves an Administrative Procedure Act challenge to a rule issued by the U.S. Department of Education, 85 Fed. Reg. 30,026 (May 19, 2020) ("the rule"). On April 29, 2024, the Department promulgated a Final Rule that amended the rule. *See* Dep't of Education, Final Rule, Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance, 89 Fed. Reg. 33,474 (Apr. 29, 2024).

　　　　2.　　　On April 25, 2024, Plaintiffs Pennsylvania, New Jersey, California, Colorado, Delaware, District of Columbia, Illinois, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Virginia, and Washington voluntarily dismissed their claims in this action pursuant to Fed. R. Civ. P. 41(a)(2). *See* Pls.' Mot. to Voluntarily Dismiss, ECF No. 194 (Apr. 25, 2024); Plaintiff Virginia's Motion to Voluntarily

Dismiss, ECF No. 195 (Apr. 25, 2024).  The sole remaining plaintiff, Wisconsin, has also dismissed its claims.  *See* State of Wisconsin's Motion to Voluntarily Dismiss, ECF No. 198 (June 14, 2024).

3.  All Plaintiffs have now moved to voluntarily dismiss all claims against Defendants. Accordingly, the parties respectfully request that the Court dismiss this action.

Date: June 14, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

CARLOTTA P. WELLS
Assistant Branch Director

 /s/ Daniel Riess
DANIEL RIESS (TX Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**MICHELLE HENRY**
*Attorney General*
*Commonwealth of Pennsylvania*

/s/ Lisa E. Eisenberg
LISA E. EISENBERG
Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 316-9807
leisenberg@attorneygeneral.gov

**MATTHEW J. PLATKIN**
*Attorney General*
*State of New Jersey*
DAVID E. LEIT
Assistant Attorney General

/s/ Andrew Yang
ANDREW YANG
Deputy Attorney General
New Jersey Attorney General's Office
124 Halsey Street
Newark, NJ 07101
(973) 648-4460
Andrew.Yang@law.njoag.gov

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br>BRENT WEBSTER<br>First Assistant Attorney General<br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br>JAMES LLOYD<br>Deputy Attorney General for Civil Litigation<br><br>  */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER<br>Special Counsel<br>Texas Office of the Attorney General<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>kathleen.hunker@oag.texas.gov | **ROB BONTA**<br>*Attorney General of California*<br>*State of California*<br>MICHAEL L. NEWMAN<br>Senior Assistant Attorney General<br>LAURA L. FAER<br>Supervising Deputy Attorney General<br><br>*/s/ Christina Riehl*<br>CHRISTINA RIEHL<br>Deputy Attorney General<br>California Attorney General's Office<br>600 West Broadway, Ste 1800<br>San Diego, California 92101<br>(619) 738-9740<br>Christina.Riehl@doj.ca.gov<br><br>*Attorneys for Plaintiffs* |